UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 20-9515 MWF (Ex)**                                              Date:  January 27, 2021

Title   **Robert Navarro v. Equifax Information Services, LLC, et al.**

---

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on October 16, 2020.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on January 14, 2021.  Plaintiff and Defendant Equifax Information Services, LLC filed a stipulation to extend the time for Defendant to respond to the Complaint by January 13, 2021.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **FEBRUARY 10, 2021**.

- ■ BY PLAINTIFF:  PROOF OF SERVICE of Summons and Complaint on Defendant Credit Collection Services, Inc.

    AND

- ■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") by Defendant Equifax Information Services, LLC.

    AND/OR

- ■ BY PLAINTIFF:  Properly supported APPLICATIONS FOR CLERK TO ENTER DEFAULT as to Defendants who have not timely responded to the Complaint.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-9515 MWF (Ex)**                                         Date:  January 27, 2021

Title         **Robert Navarro v. Equifax Information Services, LLC, et al.**

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **FEBRUARY 10, 2021** will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Preparer:  RS/sjm